**HAGENS BERMAN SOBOL SHAPIRO LLP**
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Robert B. Carey *(pro hac vice)*
John M. DeStefano *(pro hac vice)*
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
johnd@hbsslaw.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GORDON BEECHER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE NORTH AMERICA INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:18-cv-00753-BLF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Judge Beth Labson Freeman |

IT IS HEREBY STIPULATED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Gordon Beecher ("Plaintiff"), and Google North America Inc. ("Defendant"), by and through their undersigned counsel of record, agree that Plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Defendant has filed neither an answer nor a

motion for summary judgment in this Action and no class has been certified.  The dismissal of this Action is therefore effective upon the filing of this Stipulation.  Each party shall bear their/its own attorneys' fees and costs.

Dated: November 20, 2018

| HAGENS BERMAN SOBOL SHAPIRO LLP | COOLEY LLP |
|---|---|
| By:  *s/ John M. DeStefano* | By:  *s/ Whitty Somvichian* |
| John DeStefano<br>Robert Carey<br>11 West Jefferson, Suite 1000<br>Phoenix, Arizona 85003<br>Tel:  (602) 840-5900<br>Fax: (602) 840-3012<br>Email: rob@hbsslaw.com<br>Email: johnd@hbsslaw.com<br><br>*Attorneys for Plaintiff and Proposed Class* | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>KATHLYN A. QUERUBIN (275085)<br>(kquerubin@cooley.com)<br>MAX ALDERMAN (318548)<br>(malderman@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone: (415) 693-2000 Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant*<br>GOOGLE NORTH AMERICA INC. |

**STIPULATION TO DISMISS WITH PREJUDICE**
Case No. 5:18-cv-00752-BLF

# FILER'S ATTESTATION

I, Whitty Somvichian, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED:  November 20, 2018                COOLEY LLP

                                         By:  /s/ Whitty Somvichian
                                         Whitty Somvichian

**STIPULATION TO DISMISS WITH PREJUDICE**
Case No. 5:18-cv-00752-BLF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on November 20, 2018.  Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

DATED:  November 20, 2018                COOLEY LLP

                                By:  /s/ Whitty Somvichian
                                Whitty Somvichian

192206022 v1

**STIPULATION TO DISMISS WITH PREJUDICE**
Case No. 5:18-cv-00752-BLF